KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California State Bar No. 219246
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-6235
Facsimilie: (619) 557-5004
Email: carol.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: Letter Rogatory from the Third Civil Family ) MISC. No.
Court For the Judicial District of Tijuana, Baja )
California, Mexico, Case No. 1515/2004 ) '07 MC 0600
)

APPLICATION FOR ORDER PURSUANT TO
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. § 1782 and its own inherent authority appointing Carol M. Lee, Assistant U.S. Attorney for the Southern District of California, as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request made by the Third Civil Family Court, Tijuana, Baja California, Mexico.

DATED: 12/10/07

KAREN P. HEWITT
United States Attorney

CAROL M. LEE
Assistant U.S. Attorney
Carol.Lee@usdoj.gov