UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: Letter Rogatory from the Third Family Civil ) MISC. No.
Court For the Judicial District of Tijuana, Baja )
California, Mexico, Case No. 1515-2004 )
) '07 MC 0600

ORDER

Upon application of the United States, and upon review of the letter rogatory with summons number 228/4a./2006 of October 25, 2006, from Josefina Magaña-Castillo, Judge of the Third Family Civil Court, Tijuana, Baja California, Mexico, seeking evidence for use in a judicial proceeding in Mexico and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Carol M. Lee is appointed as a Commissioner of this Court and is hereby directed to execute the letter rogatory as follows:

1. take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested.

2. provide notice with request to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

///

///

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Mexico, which procedures may be specific in the request or provided by the requesting court or authority or by a representative of Mexico; and

4. seek such further orders of this Court as may be necessary to execute this request.

IT IS SO ORDERED.

DATED: 12/17/07

UNITED STATES DISTRICT JUDGE